UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISA BUTLER and ZACHARY PIERCE, individually and on behalf of K.P., their minor child,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | Civil Action No.<br>15-14097-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On August 22, 2018, this Court ordered plaintiffs to show cause in writing on or before September 12, 2018, why this case should not be dismissed for failure to comply with discovery orders. Because plaintiffs failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: September 13, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge